# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| LAKEIA GREEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>POTOMAC FAMILY DINING GROUP OPERATING COMPANY LLC, *doing business as* "APPLEBEE'S"<br><br>　　　　　　　　　　Defendant. | Case No.: 1:17-cv-01150-LO-MSN |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Lakeia Green ("Plaintiff") and Defendant Potomac Family Dining Group Operating Company, LLC ("Defendant") (collectively the "Parties") respectfully request that this Honorable Court approve a settlement agreement that the Parties have reached concerning Plaintiff's lawsuit under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.  The Parties seek Court approval of this settlement because claims under the FLSA, like those released by Plaintiff in the Settlement Agreement and General Release (hereinafter "Agreement") that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.  The Parties further agree and request the Court to waive an oral hearing on this Motion.

Dated: April 19, 2019

Respectfully submitted,

By: /s/ Curtis Cannon
Curtis Cannon
Goldberg Finnegan
8401 Colesville Rd., Suite 630
Silver Spring, MD 20910
T:(301)589-2999
E: ccannon@goldbergfinnegan.com

Nicholas Raymond Conlon
Jason Tavis Brown
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
T: (877) 561-0000
E: nicholasconlon@jtblawgroup.com
E: jtb@jtblawgroup.com

*Attorney for Plaintiffs*


/s/ Daniel C. Deacon
Kara M. Maciel (admitted pro hac vice)
Jordan Schwartz (admitted pro hac vice)
Daniel Deacon (VSB No. 87451)

CONN MACIEL CAREY LLP
5335 Wisconsin Avenue, NW, Suite 660
Washington, DC 20015
Telephone: 202-909-2730
Fax: 202-827-7899
Email: kmaciel@connmaciel.com

*Attorneys for Potomac Family Dining*
*Group Operating Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2018, a copy of this Joint Motion for Approval of Settlement was served electronically on counsel for the Plaintiffs via the Court's CM/ECF system to:

>Curtis Cannon
>Goldberg Finnegan
>8401 Colesville Rd., Suite 630
>Silver Spring, MD 20910
>T: (301) 589-2999
>E: ccannon@goldbergfinnegan.com
>
>Nicholas Raymond Conlon
>Jason Tavis Brown
>JTB Law Group, LLC
>155 2nd Street, Suite 4
>Jersey City, NJ 07302
>T: (877) 561-0000
>E: nicholasconlon@jtblawgroup.com
>E: jtb@jtblawgroup.com
>
>*Attorneys for Plaintiffs*

/s/ Daniel C. Deacon
Daniel C. Deacon