UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAKEIA GREEN, <br><br> Plaintiff, <br><br> v. <br><br> POTOMAC FAMILY DINING GROUP OPERATING COMPANY LLC, *doing business as* "APPLEBEE'S" <br><br> Defendant. | Case No.: 1:17-cv-01150-LO-MSN |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

UPON CONSIDERATION of the Parties' Joint Motion for Approval of Settlement ("Motion"), the accompanying Memorandum of Support, and the Settlement Agreement, the Court hereby orders that the Parties' Motion and the Settlement Agreement are APPROVED, and this action is DISMISSED WITH PREJUDICE, although the Court shall retain jurisdiction over any disputes pertaining to the enforcement of the settlement.

Dated this 23rd day of April, 2018.

_____
Judge Liam O'Grady
United States District Court Judge